377 F.2d 558
 S. H. LYNCH & CO., Inc., Appellant,
v.
NATIONAL LABOR RELATIONS BOARD, Appellee.
 No. 23890.
 United States Court of Appeals Fifth Circuit.
 June 8, 1967.
 
 Petition for Review of an Order of the National Labor Relations Board (Texas Case).
 Jerry L. Buchmeyer, Fritz L. Lyne, Dallas, Tex. (William H. Neary, Thompson, Knight, Simmons & Bullion, Lyne, Klein & French, Dallas, Tex., of counsel), for appellant.
 Marcel Mallet-Prevost, Asst. Gen. Counsel, John D. Burgoyne, Atty., N.L. R.B., Washington, D. C., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Herman M. Levy, Atty., N.L.R.B., for appellee.
 Before RIVES, WISDOM, and GOLDBERG, Circuit Judges.
 PER CURIAM:
 
 
 1
 In the light of United States Rubber Co. v. N.L.R.B., 5th Cir., 373 F.2d 602, decided February 20, 1967, the Board's order is vacated and the case is remanded to the Board for a hearing on the employer's objections to the election.